DAVID I. DALBY (SBN: 114750)
ddalby@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
DIRECT FLOW (ASSIGNMENT FOR
THE BENEFIT OF CREDITORS), LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| J. JASON REYNOLDS,<br><br>    Plaintiff, on behalf of himself and all others similarly situated,<br><br>vs.<br><br>DIRECT FLOW MEDICAL, INC.; DIRECT FLOW (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC; DAN LEMAITRE; JOHN DAVID BOYLE; GORDON BISHOP; PAUL LAVIOLETTE; and YUVAL BINUR,<br><br>    Defendants. | Case No.: 4:17-cv-00204- KAW<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Magistrate Judge Kandis A. Westmore<br><br>Complaint Filed: March 27, 2017 |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(l)(A)(ii), by and through their respective counsel, plaintiff J. JASON REYNOLDS and defendant DIRECT FLOW (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC ("DFABC") hereby stipulate that this action is dismissed without prejudice as to DFABC only, and that REYNOLDS and DFABC shall each bear their own attorney's fees and costs.

IS SO STIPULATED.

Dated: June 30, 2017                HINSHAW & CULBERTSON LLP


                                    *Is/David Jan Dalby*
                                    David Ian Dalby
                                    Attorneys for Defendant DIRECT FLOW
                                    (ASSIGNMENT FOR THE BENEFIT OF
                                    CREDITORS), LLC

Dated: June 30, 2017                GIBBS LAW GROUP


                                    */s/ Steven M Tindall*
                                    Steven M. Tindall
                                    Attorneys for Plaintiff J. JASON REYNOLDS,
                                    and THE CLASS

Dated: June 30, 2017                DOUGLAS LAW OFFICES


                                    *Is/ John H. Douglas*
                                    John H. Douglas
                                    Attorneys for Plaintiff J. JASON REYNOLDS,
                                    and THE CLASS


## [PROPOSED] ORDER

Pursuant to the stipulation of plaintiff J. JASON REYNOLDS and defendant DIRECT FLOW (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC (DFABC) this action is dismissed without prejudice as to DFABC only, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED

Dated: July 3, 2017

*Kandis Westmore*
MAGISTRATE JUDGE OF THE
DISTRICT COURT

2