Steven M. Tindall (CA Bar No. 187862)
smt@classlawgroup.com
Caroline Corbitt (CA Bar No. 305492)
ccc@classlawgroup.com
GIBBS LAW GROUP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

John H. Douglas (CA Bar No. 178966)
DOUGLAS LAW OFFICES
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J. JASON REYNOLDS,<br><br>    Plaintiff, on behalf of himself and all others similarly situated,<br><br>    v.<br><br>DIRECT FLOW MEDICAL, INC; DAN LEMAITRE; JOHN DAVID BOYLE; GORDON BISHOP; PAUL LAVIOLETTE; and YUVAL BINUR,<br><br>    Defendants. | Case No. 4:17-cv-00204-KAW<br><br>Hon. Kandis A. Westmore<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT TO ADD ADDITIONAL PARTIES** |

| | |
|---|---|
| 1 | Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4) and Rules 7, 7-12 and 16-2(d), Plaintiff J. Jason Reynolds and Defendants Direct Flow Medical, Inc. ("DFM"), Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur hereby stipulate and agree to request that the Court modify the Case Management Schedule currently governing this case so that the deadline for filing any Amended Complaint in this action be extended to February 28, 2018 rather than the current deadline of December 29, 2017. |

The parties make this request on the following grounds:

1. Since last appearing before the Court, the parties have agreed to mediation. The earliest date they were able to secure a date for mediation with an agreed-upon mediator was January 29, 2018.

2. This date is considerably later than the December 29, 2017 deadline to amend the complaint.

3. The current parties are aware of two additional potential parties against whom additional claims may need to be added to this matter depending on the outcome of the currently scheduled January 29, 2018, mediation.

In the interest of seeing whether the matter can be resolved expediently and without the necessity of making such claims against such additional parties, the parties hereby agree to jointly request this change to the Case Management Schedule.

DATED: November 8, 2017               Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: _/s/ Steven M. Tindall_

Steven M. Tindall
smt@classlawgroup.com
Caroline Corbitt
ccc@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND
CASE NO. 4:17-cv-00204-KAW

<table>
<tr><td>1</td><td></td><td>**DOUGLAS LAW OFFICES**<br>John H. Douglas<br>jdouglas@douglaslegal.com<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 794-4751<br>Facsimile: (415) 795-3432</td></tr>
</table>

DOUGLAS LAW OFFICES
John H. Douglas
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

*Attorneys for Plaintiff*

Dated: November 14, 2017        **ANDERIES & GOMES LLP**

By:   */s/ Allan J. Gomes*

Allan J. Gomes (SBN 225810)
Shane K. Anderies (SBN 215415)
601 Montgomery St, Ste. 888
San Francisco, CA 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
agomes@andgolaw.com
sanderies@andgolaw.com

*Attorneys for Defendants Direct Flow Medical, Inc.; Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur*

\* \* \*

**ATTESTATION OF E-FILED SIGNATURE**

I, Steven M. Tindall, am the ECF User whose ID and password are being used to file the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT TO ADD ADDITIONAL PARTIES**.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories listed have concurred in this filing.

Dated:  November 14, 2017        By:   */s/ Steven M. Tindall*
                                       Steven M. Tindall

1 **[PROPOSED]** **ORDER MODIFYING CASE MANAGEMENT ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, the Case Management Order for this case is and will be so modified. The new deadline for any amendment to the Complaint to add parties or claims will be February 28, 2018.

**IT IS SO ORDERED.**

Dated: 11/13/17

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE