Steven M. Tindall (CA Bar No. 187862)
smt@classlawgroup.com
Caroline Corbitt (CA Bar No. 305492)
ccc@classlawgroup.com
GIBBS LAW GROUP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

John H. Douglas (CA Bar No. 178966)
DOUGLAS LAW OFFICES
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J. JASON REYNOLDS,<br><br>Plaintiff, on behalf of himself and all others similarly situated,<br><br>v.<br><br>DIRECT FLOW MEDICAL, INC; DAN LEMAITRE; JOHN DAVID BOYLE; GORDON BISHOP; PAUL LAVIOLETTE; and YUVAL BINUR,<br><br>Defendants. | Case No. 4:17-cv-00204-KAW<br><br>Hon. Kandis A. Westmore<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND CASE MANAGEMENT SCHEDULE AND CONFERENCE** |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) and Local Rules 7, 7-12 and 16-2(d), Plaintiff J. Jason Reynolds and Defendants Direct Flow Medical, Inc. ("DFM"), Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur hereby stipulate and agree as follows:

WHEREAS, the parties scheduled a mediation before mediator Cynthia Remmers for January 29, 2018;

WHEREAS, after all parties had submitted briefs in advance of the mediation, Defendants asked to postpone the date of the mediation due to a recent change in counsel of one of their insurers;

WHEREAS, Plaintiff agreed to this postponement;

WHEREAS, the rescheduled mediation will take place on March 29, 2018;

WHEREAS, Plaintiff may amend the complaint to add two additional potential defendants, depending in part on the outcome of the mediation;

WHEREAS, the mediation will now take place several weeks after the currently scheduled March 6, 2018 case management conference; and

WHEREAS, the parties need additional time to conduct discovery prior to Plaintiff's motion for class certification.

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval:

1. The deadline for filing any amended complaint in this action shall be extended to April 3, 2018;
2. The deadline for Plaintiff to file for class certification shall be extended to June 25, 2018;
3. The deadline for Defendants to oppose class certification shall be extended to August 13, 2018;
4. The deadline for Plaintiff's class certification reply shall be extended to September 12, 2018;
5. The class certification motion shall be heard on __November 1, 2018 at 1:30 p.m.__; and
6. The further case management conference currently scheduled for March 6, 2018 shall be continued to April 10, 2018 at 1:30 pm, with a joint case management conference statement due on April 3, 2018.

1

1     A Proposed Order accompanies this stipulation.

2

3   DATED: February 27, 2018                    Respectfully submitted,

**GIBBS LAW GROUP LLP**

By:   */s/ Steven M. Tindall*

Steven M. Tindall
smt@classlawgroup.com
Caroline Corbitt
ccc@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701


**DOUGLAS LAW OFFICES**
John H. Douglas
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

*Attorneys for Plaintiff*

Dated: February 27, 2018                    **ANDERIES & GOMES LLP**

By:   */s/ Allan J. Gomes*

Allan J. Gomes (SBN 225810)
Shane K. Anderies (SBN 215415)
601 Montgomery St, Ste. 888
San Francisco, CA 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
agomes@andgolaw.com
sanderies@andgolaw.com

*Attorneys for Defendants Direct Flow Medical, Inc., Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur*

\* \* \*

**ATTESTATION OF E-FILED SIGNATURE**

I, Steven M. Tindall, am the ECF User whose ID and password are being used to file the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT SCHEDULE AND CONFERENCE**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories listed have concurred in this filing.

Dated: February 27, 2018                                By: _/s/ Steven M. Tindall_

**[PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE AND CONFERENCE**

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, the above deadlines for this case are and will be so modified.

**IT IS SO ORDERED.**

Dated: 2/26/18                                _Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE