Steven M. Tindall (CA Bar No. 187862)
smt@classlawgroup.com
Caroline Corbitt (CA Bar No. 305492)
ccc@classlawgroup.com
GIBBS LAW GROUP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

John H. Douglas (CA Bar No. 178966)
DOUGLAS LAW OFFICES
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J. JASON REYNOLDS,<br><br>    Plaintiff, on behalf of himself and all others similarly situated,<br><br>    v.<br><br>DIRECT FLOW MEDICAL, INC; DAN LEMAITRE; JOHN DAVID BOYLE; GORDON BISHOP; PAUL LAVIOLETTE; and YUVAL BINUR,<br><br>    Defendants. | Case No. 4:17-cv-00204-KAW<br><br>Hon. Kandis A. Westmore<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT CONFERENCE AND AMENDED COMPLAINT DEADLINE** |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4) and Local Rules 7, 7-12 and 16-2(d), Plaintiff J. Jason Reynolds and Defendants Direct Flow Medical, Inc. ("DFM"), Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur hereby stipulate and agree as follows:

WHEREAS, the parties mediated the matter before mediator Cynthia Remmers on March 29, 2018, in a session lasting the entire day and into the evening;

WHEREAS, the parties made progress but were unable to resolve the matter;

WHEREAS, the parties have agreed to continue settlement negotiations and will participate in a joint phone conference with Ms. Remmers on April 10, 2018;

WHEREAS, Plaintiff may amend the complaint to add two additional potential defendants, depending in part on the outcome of the parties' settlement discussions;

WHEREAS, the deadline for filing any amended complaint in this action is currently April 3, 2018;

WHEREAS, the parties are currently scheduled to appear before the Court in a case management conference on April 10, 2018; and

WHEREAS, the parties believe that the case management conference would be more productive if it is scheduled after the parties have their further settlement discussion on April 10;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval:

1. The deadline for filing any amended complaint in this action shall be extended to April 24, 2018;
2. The further case management conference currently scheduled for April 10, 2018 shall be continued to May 1, 2018 at 1:30 pm, or to a date thereafter convenient to the Court, with a joint case management conference statement due on April 24, 2018.

A Proposed Order accompanies this stipulation.

DATED: April 2, 2018              Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: _/s/ Steven M. Tindall_

Steven M. Tindall
smt@classlawgroup.com
Caroline Corbitt
ccc@classlawgroup.com
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701


**DOUGLAS LAW OFFICES**
John H. Douglas
jdouglas@douglaslegal.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 794-4751
Facsimile: (415) 795-3432

*Attorneys for Plaintiff*

Dated: April 2, 2018          **ANDERIES & GOMES LLP**

By:   */s/ Allan J. Gomes*

Allan J. Gomes (SBN 225810)
Shane K. Anderies (SBN 215415)
601 Montgomery St, Ste. 888
San Francisco, CA 94111
Telephone: (415) 217-8802
Facsimile: (415) 217-8803
agomes@andgolaw.com
sanderies@andgolaw.com

*Attorneys for Defendants Direct Flow Medical, Inc., Dan Lemaitre, John David Boyle, Gordon Bishop, Paul LaViolette, and Yuval Binur*

\*   \*   \*

**ATTESTATION OF E-FILED SIGNATURE**

I, Steven M. Tindall, am the ECF User whose ID and password are being used to file the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE**

| | |
|---|---|
| 1 | **MANAGEMENT SCHEDULE AND CONFERENCE**. In compliance with Civil L.R. 5-1(i)(3), I |
| 2 | hereby attest that the other signatories listed have concurred in this filing. |

Dated: April 2, 2018                    By: ___/s/ Steven M. Tindall___

## [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT SCHEDULE AND CONFERENCE

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, the above deadlines for this case are and will be so modified.

**IT IS SO ORDERED.**

Dated: 3/30/18

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE