UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. JASON REYNOLDS,<br>          Plaintiff,<br>     v.<br>DIRECT FLOW MEDICAL, INC., et al.,<br>          Defendants. | Case No. 17-cv-00204-KAW<br><br>**JUDGMENT**<br>Re: Dkt. No. 80 |

On September 3, 2019, the Court granted final approval of the parties' class action settlement and awarded Plaintiff's attorney's fees, costs, and service awards. (Dkt. No. 80.) Final judgment is therefore ordered on the terms set forth in the Final Approval Order.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 3, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge